VICTORIA E. BRIEANT (SBN 141519)
MICHELLE GILLETTE (SBN 178734)
COUDERT BROTHERS LLP
600 Beach Street, Third Floor
San Francisco, CA 94109
Telephone: (415) 409-2900
Facsimile: (415) 409-7400

Attorneys for Plaintiff
AKIRA TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER REINLIEB, LEWIS SAPERSTEIN & LEON WILLIAMS,<br><br>Plaintiffs<br><br>v.<br><br>AKIRA TECHNOLOGIES, INC., and DOES 1-10,<br><br>Defendants | Case No. _____<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Akira Technologies, Inc. hereby demands trial by jury in this action.

Dated: March 25, 2002                                   COUDERT BROTHERS


                                                                          _____
                                                                          VICTORIA E. BRIEANT
                                                                          MICHELLE GILLETTE
                                                                          COUDERT BROTHERS LLP
                                                                          600 Beach Street, Third Floor
                                                                          San Francisco, CA 94109
                                                                          Telephone: (415) 409-2900
                                                                          Facsimile: (415) 409-7400

                                                                          Attorneys for Plaintiff
                                                                          AKIRA TECHNOLOGIES, INC.

COUDERT BROTHERS LLP
Suite 3300
Four Embarcadero Center
San Francisco, CA 94111-4106